1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., | CASE NO. 3:22-cv-5429 RJB-JRC |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| DEBRA L. STEPHENS, | |
| Defendant. | |

11

12

13

14

15

16          This matter comes before the Court on the Report and Recommendation of U.S.

17   Magistrate Judge J. Richard Creatura.  Dkt. 2.  The Court has reviewed the Report and

18   Recommendation (Dkt. 2), the Plaintiff's Objections (Dkt. 3), and the remaining file.

19          The Report and Recommendation recommends dismissal of the case without prejudice

20   because the Plaintiff is subject to a bar order and the Complaint does not meet the criteria

21   required for him to file another case.  Dkt. 2.  Further, he has filed more than the three *informa*

22   *pauperis* applications he is allotted per year.  *Id.*

23

24

1        The Report and Recommendation (Dkt. 2) should be adopted, the complaint dismissed

2   without prejudice, and all pending motions stricken as moot.  The Plaintiff's Objections (Dkt. 3)

3   fail to address any of the issues raised in the Report and Recommendation.  They do not provide

4   any reason to refuse to the Report and Recommendation.  This case should be closed.

5   **<u>ORDER</u>**

6   - The Report and Recommendation (Dkt. 2) **IS ADOPTED**;

7   - The complaint **IS DISMISSED WITHOUT PREJUDICE**;

8   - All pending motions **ARE DENIED AS MOOT**;

9   - This case **IS CLOSED**.

10        The Clerk is directed to send uncertified copies of this Order to Judge Creatura, all

11   counsel of record and to any party appearing pro se at said party's last known address.

12        Dated this 19th day of July, 2022.

13

14

15   ROBERT J. BRYAN
     United States District Judge

16

17

18

19

20

21

22

23

24

ORDER ADOPTING REPORT AND RECOMMENDATION - 2